In the Matter of Arthur W. POST, Alleged Bankrupt, Petitioner.

(Circuit Court of Appeals, Second Circuit. May 3, 1926.)

No. 186.

Petition to Revise Order of the District Court of the United States for the Northern District of New York.

W. Chase Young and Dunmore, Ferris & Dewey, all of Utica, N. Y., for petitioner.

Hart & Senior, Kernan & Kernan, and Lee, Dowling & Brennan, all of Utica, N. Y., and Walter H. Wertime, of Cohoes, N. Y.

(A. G. Senior, of Utica, N. Y., of counsel), for respondent.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Order (12 F.[2d] 941) affirmed in open court.